PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (Cal. Bar No. 209134)
jake.sorensen@pillsburylaw.com
KHYRSTYN ("NAN") MCGARRY (Cal. Bar No. 318677)
nan.mcgarry@pillsburylaw.com
EMILY YOUNG (Cal. Bar No. 357173)
emily.young@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    (415) 983.1000
Facsimile:    (415) 983.1200

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY, JASON A. SMITH,
and ERIC FENTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>  vs.<br><br>JASON A. SMITH, et al.<br><br>       Defendants. | Case No. 25-cv-03490-PCP-NMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Complaint Filed:  April 21, 2025<br><br>Judge:  Hon. P. Casey Pitts |

1      Pursuant to Civil Local Rule 79-5(f), Defendants The Board of Trustees of the Leland Stanford Junior University (sued as Stanford University Department of Safety) ("Stanford"), Jason A. Smith, and Eric Fenton (the "Stanford Defendants") submit this Administrative Motion to ask the Court to consider whether to seal certain information designated as confidential by Plaintiff Jane Doe (namely, her name and other information that could lead to her identification).  The Stanford Defendants will oppose the sealing of this information.

      The Stanford Defendants have filed the following documents under seal because they contain information they believe in good faith has or will be designated by Doe as confidential:

1. STANFORD DEFENDANTS' NOTICE OF MOTION AND MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME IN COURT FILINGS [UNREDACTED VERSION][1]

2. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STANFORD DEFENDANTS' MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME IN COURT FILINGS [UNREDACTED VERSION]

3. EXHIBITS A-1 TO O-2 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STANFORD DEFENDANTS' MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME IN COURT FILINGS[2]

Dated:  June 20, 2025      PILLSBURY WINTHROP SHAW PITTMAN LLP

By:   */s/ Khyrstyn McGarry*
JACOB R.  SORENSEN
KHYRSTYN ("NAN") MCGARRY
EMILY YOUNG

*Attorneys for Defendants*
*The Board of Trustees of the Leland Stanford Junior University; Jason A. Smith; Eric Fenton*

---

[1] The redacted portions of this document are denoted by highlighting (rather than red boxes) to improve readability of the unsealed motion.

[2] These exhibits are being placed conditionally under seal in their entirety; no redacted version is being filed.  The highlighting reflects key information referenced in the Stanford Defendants' concurrently filed Motion to Require Disclosure of Plaintiff's True Name in Court Filings.