1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JACOB R. SORENSEN (Cal. Bar No. 209134)
2   jake.sorensen@pillsburylaw.com
    KHYRSTYN ("NAN") MCGARRY (Cal. Bar No. 318677)
3   nan.mcgarry@pillsburylaw.com
    EMILY YOUNG (Cal. Bar No. 357173)
4   emily.young@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
5   San Francisco, CA 94111-5998
    Telephone:    (415) 983.1000
6   Facsimile:    (415) 983.1200
7
8   Attorneys for Defendants
    THE BOARD OF TRUSTEES OF THE LELAND
9   STANFORD JUNIOR UNIVERSITY, JASON A. SMITH,
    and ERIC FENTON
10
11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                       SAN JOSE DIVISION
14

| | |
|---|---|
| 15  JANE DOE, | Case No. 25-cv-03490-PCP-NMC |
| 16          Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF STANFORD DEFENDANTS' MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME IN COURT FILINGS** |
| 17      vs. | |
| 18  JASON A. SMITH, et al. | |
| 19          Defendants. | |
| 20 | Hearing Date: September 4, 2025 |
| 21 | Time:  10:00 a.m. Courtroom: 8 Judge:  Honorable P. Casey Pitts |
| 22 | |
| 23 | Complaint Filed:  April 21, 2025 |
| 24 | **REDACTED VERSION** |
| 25 | **(UNREDACTED VERSION TO BE LODGED CONFIDENTIALLY UNDER SEAL)** |
| 26 | |

27
28

Pursuant to Federal Rule of Evidence 201, Defendants The Board of Trustees of the Leland Stanford Junior University (sued as Stanford University Department of Safety) ("Stanford"), Jason A. Smith, and Eric Fenton (the "Stanford Defendants") respectfully request that this Court take judicial notice of the documents attached hereto and referenced as Exhibits A-1 through O-2.  This request is made in connection with the Stanford Defendants' Motion for Disclosure of Plaintiff's True Name in Court Filings.  Exhibits A-1 through O-2 are public ████████ dockets and public filings available on the ████████ dockets.[1]

| A. ███████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| A-1 | n/a | |
| A-2 | 6/27/2024 | |

| B. ███████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| B-1 | n/a | |
| B-2 | 2/26/2024 | |
| B-3 | 2/27/2024 | |
| B-4 | 2/28/2024 | |
| B-5 | 3/18/2024 | |
| B-6 | 10/4/2024 | |
| B-7 | 10/8/2024 | |

| C. ███████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| C-1 | n/a | |
| C-2 | 2/27/2024 | |

[1] For the Court's convenience, these records are highlighted to reflect information referenced in the Stanford Defendants' Motion for Disclosure of Plaintiff's True Name in Court Filings.

| C. █████████████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
|  |  | ████████████████████████ |
| C-3 | 2/28/2024 | ████████████████████████ |
| C-4 | 2/29/2024 | ████████████████████████ |
| C-5 | 3/18/2024 | ████████████████████████ |
| C-6 | 4/2/2024 | ████████████████████████ |
| C-7 | 4/11/2024 | ████████████████████████ |
| C-8 | 4/19/2024 | ████████████████████████ |

| D. █████████████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| D-1 | n/a | ████████████████████████ |
| D-2 | 10/22/2024 | ████████████████████████ |
| D-3 | 4/30/2025 | ████████████████████████ |
| D-4 | 5/22/2025 | ████████████████████████ |

| E. █████████████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| E-1 | N/A | ████████████████████████ |
| E-2 | 3/18/2024 | ████████████████████████ |
| E-3 | 3/22/2024 | ████████████████████████ |
| E-4 | 3/26/2024 | ████████████████████████ |
| E-5 | 4/15/2024 | ████████████████████████ |
| E-6 | 4/15/2024 | ████████████████████████ |
| E-7 | 4/17/2024 | ████████████████████████ |
| E-8 | 5/6/2024 | ████████████████████████ |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No:  5:25-CV-03490-PCP NMC

| E. ███████████████ | | |
| --- | --- | --- |
| **Exhibit No.** | **Date** | **Title** |
| E-9 | 5/8/2024 | |
| E-10 | 5/17/2024 | |
| E-11 | 5/17/2024 | |
| E-12 | 6/6/2024 | |
| E-13 | 6/7/2024 | |
| E-14 | 6/18/2024 | |
| E-15 | 6/27/2024 | |
| E-16 | 6/27/2024 | |
| E-17 | 6/28/2024 | |
| E-18 | 7/1/2024 | |
| E-19 | 8/5/2024 | |
| E-20 | 8/6/2024 | |
| E-21 | 8/7/2024 | |
| E-22 | 8/7/2024 | |
| E-23 | 9/20/2024 | |

| F. ███████████████ | | |
| --- | --- | --- |
| **Exhibit No.** | **Date** | **Title** |
| F-1 | n/a | |
| F-2 | 10/29/2024 | |
| F-3 | 4/30/2025 | |
| F-4 | 5/22/2025 | |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No: 5:25-CV-03490-PCP NMC

| G. ███████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| G-1 | n/a | ████████ |
| G-2 | 3/20/2024 | ████████ |
| G-3 | 3/272024 | ████████ |
| G-4 | 4/17/2024 | ████████ |
| G-5 | 4/30/2024 | ████████ |
| G-5.5 | 5/3/2024 | ████████ |
| G-6 | 5/3/2024 | ████████ |
| G-7 | 5/6/2024 | ████████ |
| G-8 | 5/8/2024 | ████████ |
| G-9 | 5/17/2024 | ████████ |
| G-10 | 5/24/2024 | ████████ |
| G-11 | 6/3/2024 | ████████ |
| G-12 | 6/3/2024 | ████████ |
| G-13 | 6/3/2024 | ████████ |
| G-14 | 6/7/2024 | ████████ |
| G-15 | 6/7/2024 | ████████ |
| G-16 | 6/10/2024 | ████████ |
| G-17 | 8/12/2024 | ████████ |

| H. ███████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| H-1 | n/a | ███████████████ |
| H-2 | 6/3/2024 | ███████████████ |
| H-3 | 6/4/2024 | ███████████████ |

| I. ███████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| I-1 | n/a | ███████████████ |
| I-2 | 6/7/2024 | ███████████████ |
| I-3 | 7/2/2024 | ███████████████ |
| I-4 | 7/5/2024 | ███████████████ |
| I-5 | 7/5/2024 | ███████████████ |
| I-6 | 7/11/2024 | ███████████████ |
| I-7 | 7/16/2024 | ███████████████ |
| I-8 | 7/17/2024 | ███████████████ |
| I-9 | 7/18/2024 | ███████████████ |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No:  5:25-CV-03490-PCP NMC

| Exhibit No. | Date | Title |
|---|---|---|
| I-10 | 7/18/2024 | |
| I-11 | 7/19/2024 | |
| I-12 | 8/5/2024 | |
| I-13 | 8/7/2024 | |
| I-14 | 8/30/2024 | |
| I-15 | 9/3/2024 | |
| I-16 | 9/10/2024 | |
| I-17 | 9/13/2024 | |
| I-18 | 9/19/2024 | |
| I-19 | 9/19/2024 | |
| I-20 | 9/23/2024 | |
| I-21 | 10/2/2024 | |
| I-22 | 1/21/2025 | |
| I-23 | 1/24/2025 | |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No: 5:25-CV-03490-PCP NMC

| I. ███████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| I-24 | 2/11/2025 | ████████████ |
| I-25 | 2/28/2025 | ████████████ |
| I-26 | 3/3/2025 | ████████████ |
| I-27 | 3/17/2025 | ████████████ |
| I-28 | n/a | ████████████ |

| J. ███████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| J-1 | n/a | ████████████ |
| J-2 | 7/19/2024 | ████████████ |
| J-3 | 8/30/2024 | ████████████ |

| K. ███████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| K-1 | n/a | ████████████ |
| K-2 | 10/8/2024 | ████████████ |
| K-3 | 4/30/2025 | ████████████ |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No: 5:25-CV-03490-PCP NMC

| K. █████████████████████ |
|---|

| K-4 | 5/22/2025 | ████████████████████████ |
|---|---|---|

| L. ████████████████████ | | |
|---|---|---|
| Exhibit No. | Date | Title |
| L-1 | n/a | ████████████████████████ |
| L-2 | 10/8/2024 | |
| L-3 | 4/30/2025 | |

| M. ████████████████████ | | |
|---|---|---|
| Exhibit No. | Date | Title |
| M-1 | n/a | ████████████████████████ |
| M-2 | 4/30/2024 | |
| M-3 | 5/6/2024 | |
| M-4 | 5/20/2024 | |
| M-5 | 5/24/2024 | |
| M-6 | 5/25/2024 | |
| M-7 | 5/29/2024 | |
| M-8 | 6/4/2024 | |
| M-9 | 6/5/2024 | |
| M-10 | 6/17/2024 | |
| M-11 | 8/1/2024 | |
| M-12 | 9/20/2024 | |
| M-12.5 | 10/8/2024 | |
| M-13 | 10/11/2024 | |
| M-14 | 10/14/2024 | |

| Exhibit No. | Date | Title |
|---|---|---|
| M. ███████████████████████ | | |
| | | |
| M-15 | 10/25/2024 | |
| M-16 | 11/8/2024 | |
| M-17 | 11/8/2024 | |
| M-18 | 11/18/2024 | |
| M-19 | 12/10/2024 | |
| M-20 | 12/11/2024 | |
| M-21 | 12/17/2024 | |
| M-22 | 12/20/2024 | |
| M-23 | 12/27/2024 | |
| M-24 | 12/27/2024 | |
| M-25 | 1/15/2025 | |
| M-26 | 1/17/2025 | |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No:  5:25-CV-03490-PCP NMC

| M. ███████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| M-27 | 2/27/2025 | ███████████████ |
| M-28 | 2/28/2025 | ███████████████ |
| M-29 | 3/11/2025 | ███████████████ |
| M-30 | 3/17/2025 | ███████████████ |
| M-31 | 3/17/2025 | ███████████████ |
| M-32 | 3/18/2025 | ███████████████ |
| M-33 | 3/18/2025 | ███████████████ |
| M-34 | 3/18/2025 | ███████████████ |
| M-35 | 3/26/2025 | ███████████████ |
| M-35.5 | 3/26/2025 | ███████████████ |
| M-36 | 4/1/2025 | ███████████████ |
| M-37 | 4/15/2025 | ███████████████ |
| M-38 | 4/21/2025 | ███████████████ |
| M-39 | 4/22/2025 | ███████████████ |
| M-40 | 4/23/2025 | ███████████████ |
| M-41 | 5/5/2025 | ███████████████ |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No:  5:25-CV-03490-PCP NMC

| M. ████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| M-42 | 5/5/2025 | ████████████████████ |

| N. ████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| N-1 | 5/22/2024 | █████████████████████ |
| N-2 | 5/22/2024 | █████████████████████ |
| N-3 | 7/2/2024 | █████████████████████ |
| N-4 | 7/2/2024 | █████████████████████ |
| N-5 | 7/2/2024 | █████████████████████ |
| N-6 | 7/2/2024 | █████████████████████ |
| N-7 | 7/2/2024 | █████████████████████ |
| N-8 | 7/2/2024 | █████████████████████ |
| N-8.5 | 7/3/2024 | █████████████████████ |
| N-9 | 9/16/2024 | █████████████████████ |
| N-10 | 9/17/2024 | █████████████████████ |

| ████████████████████ | | |
|---|---|---|
| **Exhibit No.** | **Date** | **Title** |
| O-1 | 5/5/2025 | █████████████████████ |
| O-2 | 5/5/2025 | █████████████████████ |

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR DISCLOSURE OF PLAINTIFF'S TRUE NAME
Case No:  5:25-CV-03490-PCP NMC

## I.     ARGUMENT

Under Federal Rule of Evidence 201, "[t]he court must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2); *Rollins v. Dignity Health*, 338 F. Supp. 3d 1025, 1031 (N.D. Cal. 2018). A court may judicially notice a fact "that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *Rollins*, 338 F. Supp. 3d at 1031.

Here, the existence and contents of each of Exhibits A-1 – O-2 are capable of ready and accurate determination by resort to resources "whose accuracy cannot be reasonably questioned." Fed. R. Evid. Rule 201(b); *Intri-Plex Techs., Inc. v. Crest Group Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007) (a "court may take judicial notice of 'matters of public record'" if such matters are not "subject to reasonable dispute") (internal citation omitted). These documents are public records of ████████ ████████████████████████████████████ which relate directly the Stanford Defendants' Motion for Disclosure of Plaintiff's True Name. Plaintiff Jane Doe herself ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████ Court records are appropriate subjects of judicial notice under Rule 201(b) of the Federal Rules of Evidence. *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." (citation omitted)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record." (citation omitted)); *Burbank-Glendale-Pasadena Airport Auth.* v. *City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking "judicial notice of pleadings filed in a related state court action").

1   **II.    CONCLUSION**

2        The Stanford Defendants respectfully request that the Court take judicial notice of the

3   attached exhibits.

4

5   Dated:  June 20, 2025                PILLSBURY WINTHROP SHAW PITTMAN LLP

                                     By:
6
                                        */s/ Khyrstyn McGarry*
7                                       JACOB R.  SORENSEN
                                        KHYRSTYN ("NAN") MCGARRY
8                                       EMILY YOUNG

9                                       *Attorneys for Defendants*
                                        *The Board of Trustees of the Leland Stanford Junior*
10                                      *University; Jason A. Smith; Eric Fenton*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A-O

## DOCUMENTS PROPOSED TO BE FILED UNDER SEAL