UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> v.<br><br>JASON A. SMITH, et al.,<br><br>   Defendants. | Case No. 25-cv-03490-PCP<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. Nos. 31, 32, 33 |

  Currently pending before the Court are three substantive motions scheduled for hearing on September 4, 2025. These include defendants' two motions to dismiss and defendants' motion to compel the pseudonymous plaintiff to disclose her true name.

  Pro se and pseudonymous plaintiff Jane Doe filed one stipulation and two administrative motions related to those three motions. This order addresses plaintiff's three filings.

  First, plaintiff's motion to appear remotely at the forthcoming hearing is granted. Dkt. No. 33. Counsel for all parties in this case shall appear remotely via Zoom videoconference on September 4, 2025 at 10:00 a.m. pacific time. The Clerk shall post to the docket all information necessary for the parties to participate in the hearing via Zoom.

  Second, plaintiff's administrative motion to file an opposition brief in excess of 25 pages is granted in part. Dkt. No. 32. The Court grants plaintiff's request to file one consolidated brief that addresses defendants' motions to dismiss and motion to disclose in one filing. Plaintiff's motion to file a brief of up to 65 pages is denied. Plaintiff shall file one consolidated brief **not to exceed 35 pages**, excluding any exhibits or other supporting documents.

  Third, the Court grants **as modified** the parties' stipulation to change briefing scheduled related to outstanding motions. Dkt. No. 31. The Court grants plaintiff's request to withdraw her

1 statement of non-opposition filed at Dkt. No. 30. The Court strikes this filing, and the clerk shall
2 lock the docket entry. The Court sets the following deadlines for briefing related to the motions to
3 dismiss and to disclose:

- Plaintiff's deadline to respond to the motion to disclose, motions to dismiss, and all related sealing motions shall be **July 14, 2025**.
- Defendants' deadline to file a reply to the motion to disclose and the motions to dismiss or a response to any related sealing motions shall be **August 4, 2025.**

The Case Management Conference, currently scheduled for Tuesday, July 22, 2025 is continued until Thursday, **November 20, 2025** at 1:30pm. The parties shall file a joint case management statement no later than Thursday, November 13, 2025 and shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) at some date in advance of the filing of their case management statement.

**IT IS SO ORDERED.**

Dated: June 26, 2025

P. Casey Pitts
United States District Judge