PILLSBURY WINTHROP SHAW PITTMAN LLP
JACOB R. SORENSEN (Cal. Bar No. 209134)
jake.sorensen@pillsburylaw.com
KHYRSTYN ("NAN") MCGARRY (Cal. Bar No. 318677)
nan.mcgarry@pillsburylaw.com
EMILY YOUNG (Cal. Bar No. 357173)
emily.young@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    (415) 983.1000
Facsimile:    (415) 983.1200

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY, JASON A. SMITH,
and ERIC FENTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON A. SMITH, et al.<br><br>    Defendants. | Case No. 25-cv-03490-PCP-NMC<br><br>**DECLARATION OF KHYRSTYN ("NAN") MCGARRY IN SUPPORT OF STANFORD DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR DISCLOSURE**<br><br>Hearing Date: September 4, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Honorable P. Casey Pitts<br><br>Complaint Filed: April 21, 2025<br><br>**REDACTED VERSION (UNREDACTED VERSION TO BE LODGED CONFIDENTIALLY UNDER SEAL)** |

I, Khyrstyn ("Nan") McGarry, declare:

1. I am an active member of the State Bar of California and admitted to practice in this District. I am an attorney at the law firm of Pillsbury Winthrop Shaw Pittman LLP and counsel for The Board of Trustees of the Leland Stanford Junior University (sued as Stanford University Department of Safety) ("Stanford"), Jason A. Smith, and Eric Fenton (the "Stanford Defendants"). Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. I submit this Declaration in support of the Stanford Defendants' Reply to Plaintiff Jane Doe's Opposition to Motion for Disclosure of Plaintiff's True Name in Court Filings ("Reply").

**Stanford Defendants' Request for Judicial Notice**

3. On June 20, 2025, the Stanford Defendants submitted a Request for Judicial Notice in Support of their Motion for Disclosure of Plaintiff's True Name in Court Filings ("Request"). Dkt. 29.1.

4. Exhibits A-1 To O-2 to the Request consisted of documents downloaded at my direction from public state court dockets. They consist of at least:

   a. 16 state court dockets, totaling nearly **70 pages.**[1]
   b. 6 complaints filed by Doe, totaling over **70 pages**.[2]
   c. 12 documents related to fee waivers requested by Doe, totaling **30 pages**.[3]
   d. 48 court orders or judgments, totaling **140 pages,** the vast majority of which deny relief sought by Doe.[4]

---

[1] Exs. A-1, B-1, C-1, D-1, E-1, F-1, G-1, H-1, I-1, I-28, J-1, K-1, L-1, M-1, N-1, O-1.

[2] Exs. B-2, C-2, E-2, M-2, N-2, O-2.

[3] Exs. B-3, B-4, C-3, C-4, E-3, E-4, E-5, E-6, E-13, E-14, E-15 E-16.

[4] Exs. B-5, B-7, C-5, C-8, D-3, E-9, E-10, E-11, E-17, E-20, E-22, E-23, F-3, G-4, G-6, G-8, G-9, G-12, G-13, G-16, G-17, I-4, I-7, I-10, I-13, I-16, I-18, I-20, I-21, I-23, I-27, J-3, K-3, L-3, M-12, M-13, M-15, M-18, M-21, M-22, M-28, M-31, M-33, M-34, M-36, M-39, M-40, M-42.

-1-
DECLARATION IN SUPPORT OF STANFORD DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR DISCLOSURE
Case No: 5:25-CV-03490-PCP NMC

     e.   9 notices reflecting appeals filed by Doe, totaling over **30 pages**.[5]

     f.   8 judicial challenges filed by Doe, totaling over **120 pages**.[6]

     g.   35 other miscellaneous filings submitted by Doe, totaling over **300 pages**.[7]

5.    To reduce the volume of exhibits, only materials directly relevant to the Motion for Disclosure were included. For identification purposes, case numbers and case names were placed at the top left corner of the first page of certain docket exhibits (A-1, C-1, E-1, G-1, I-1, M-1[8]) and highlighting was added throughout the exhibits to aid the Court's review of the Motion for Disclosure. I am not aware of any other modifications to these documents.

6.    Attached as **Exhibits A-D** are true and correct copies of dockets from four cases filed in the Northern District of California in which defendant(s) in the matter sought to either compel the disclosure of an anonymous plaintiff's legal name or sought dismissal of the complaint for the plaintiff's failure to comply with Federal Rule of Civil Procedure 10(a). These documents were downloaded at my direction from the federal Public Access To Court Electronic Records system ("PACER") on August 1, 2025. Highlighting has been added to point out the relevant docket entries.

     a.   **Exhibit A:** *Khan v. Greenspan Company et al*, Case No. 4:20-cv-01121-DMR, Dkt. 7 (Motion to Compel the Disclosure of the Identity of Doe Plaintiff).

     b.   **Exhibit B:** *In Re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO, Dkt. 812 (Motion to Compel Plaintiffs to Proceed Using Their

---

[5] Exs. D-2, F-2, G-14, I-2, I-11, I-14, J-2, K-2, L-2.

[6] Exs. E-8, G-7, I-15, I-22, M-4, M-12.5, M-17, M-29.

[7] Exs. C-6, D-4, E-12, E-19, E-21, F-4, G-3, G-5, G-5.5, G-10, G-15, I-3, I-5, I-6, I-8, I-9, I-12, I-17, I-24, I-25, I-26, K-4, M-8, M-14, M-16, M-20, M-27, M-30, M-32, M-35, M-35.5, M-41, N-8.5, N-9, N-10.

[8] Case numbers and names were added for clarity because the downloaded pdfs of the dockets omitted them, despite their appearance on the court website. In preparing this Reply, two minor typos were identified: Exhibit A-1 lists the case no. as ▮▮▮▮▮▮▮▮▮▮ (extra "S"), which should be ▮▮▮▮▮▮▮. Exhibit M-1 lists it as ▮▮▮▮▮▮▮ but the correct number is ▮▮▮▮▮▮▮.

-2-
DECLARATION IN SUPPORT OF STANFORD DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR DISCLOSURE
Case No: 5:25-CV-03490-PCP NMC

Identities). This docket has been excerpted to show only the relevant portions, given its length.

    c. **Exhibit C:** *Rusak v. Apstra, Inc.*, Case No. 3:18-cv-04190-WHA, Dkt. 9. Note that the docket for this case erroneously reflects that the relevant filing was a "Motion for Judgment on the Pleadings." The filing was in fact a "Motion to Dismiss under Fed. R. Civ. P. 10(A) and 12(C)." For the Court's convenience, the first page of the filing has been appended to the end of the docket.

    d. **Exhibit D:** *Roe v. Federal Reserve Bank of San Francisco*, Case No. 4:20-cv-02843, Dkt. 9 (Motion to Dismiss). The docket reflects that a Motion to Dismiss was filed. The grounds for the motion to dismiss included dismissal on the grounds that Plaintiff's anonymous complaint failed to satisfy Federal Civil Rule of Procedure 10. For the Court's convenience, the Notice of Motion and Motion for this Motion to Dismiss has been appended to the end of the docket.

**Other Miscellaneous Exhibits Submitted in Support of Reply**

7. Attached as **Exhibit E** is a true and correct pdf of Doe's publicly available Stanford profile identifying Doe's true name and status as an undergraduate at Stanford, available at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The pdf was created on August 2, 2025.

8. Attached as **Exhibit F** is a true and correct copy of an email exchange between Doe and counsel for Stanford Defendant on June 23, 2025.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed in Berkeley, California, this 4th day of August, 2025.

        */s/ Khyrstyn McGarry*
        Khyrstyn ("Nan") McGarry