JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

PLAINTIFF, IN PRO PER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual, <br><br>                         Plaintiff, <br><br> v. <br><br> JASON A. SMITH, et al., <br><br>                         Defendants. | ) Case No.: 5:25-cv-03490-PCP <br> ) <br> ) **NOTICE OF *ERRATA* TO THE** <br> ) **PLAINTIFF'S ADMINISTRATIVE** <br> ) **MOTION TO ISSUE SUBPOENAS AND** <br> ) **DIRECT SERVICE BY THE U.S.** <br> ) **MARSHAL'S SERVICE** <br> ) <br> ) Judge:  The Honorable P. Casey Pitts <br> ) Dept:    8 <br> ) <br> ) Re: ECF no. 68 <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMES NOW BEFORE THIS HONORABLE COURT,** the Plaintiff, JANE DOE, and hereby requests the parties and this Court to take notice of the following *errata* to the Plaintiff's Motion to Issue Subpoenas and Direct Service by the U.S. Marshal's Service. *See.* ECF No. 68.

On page 3, line 13, the phrase "summons" should "subpoenas."

The pleading's footnotes entitled, "ADMINISTRATIVE MOTION TO DIRECT THE CLERK OF THE COURT TO ISSUE SUMMONS AND TO ORDER SERVICE BY U.S. MARSHAL'S

1

NOTICE OF *ERRATA* TO THE PLAINTIFF'S ADMINISTRATIVE MOTION TO ISSUE SUBPOENAS AND
DIRECT SERVICE BY THE U.S. MARSHAL'S SERVICE
Case no. 5:25-cv-03490-PCP

SERVICE; PROPOSED SUBPOENAS ATTACHED HERETO" should be "ADMINISTRATIVE MOTION TO DIRECT THE CLERK OF THE COURT TO ISSUE SUBPOENAS AND TO ORDER SERVICE BY U.S. MARSHAL'S SERVICE; PROPOSED SUBPOENAS ATTACHED HERETO."

Respectfully submitted,

DATED: April 6, 2026

/s/ Jane Doe
JANE DOE
In Pro Per

2