UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

JASON A. SMITH, et al.,

        Defendants.

Case No.  25-cv-03490-PCP

**ORDER ON MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Re: Dkt. No. 152

A motion for administrative relief to consider whether cases should be related (Civil L.R. 3-12) has been filed in *Doe v. Smith*, Case No. 25-cv-03490. The time for filing an opposition or statement of support has passed. As the judge assigned to *Doe v. Smith*, Case No. 25-cv-03490, I find that the more recently filed case(s) that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
| --- | --- | --- | --- |
| 26-cv-03809 | *Doe v. The Board of Trustees of Leland Stanford Junior University* | | X |

**IT IS SO ORDERED.**

Dated: May 5, 2026

P. Casey Pitts
United States District Judge