JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

JANE DOE, an individual,

              Plaintiff,

   v.

JASON A. SMITH, et al.,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:25-cv-03490-PCP

**ADMINISTRATIVE MOTION FOR LEAVE TO ORDER A HEARING TRANSCRIPT AT THE GOVERNMENT'S EXPENSE PURSUANT TO 28 U.S.C. § 753(f)**

Judge:  The Honorable P. Casey Pitts
Dept:    8

Pursuant to Civil L.R. 7-11, the Plaintiff moves this Court for "miscellaneous administrative" relief.

This administrative motion supplements the Plaintiff's Administrative Motion at ECF No. 167, moving the Court to clarify whether the Court intends to revoke the Plaintiff's *in forma pauperis* (IFP) status, given the Appeal taken from this Court's appealable order denying the Plaintiff's Rule 60(b) motion.

Plaintiff filed a transcript designation form, *see* ECF No. 168, designating the reporter's transcript from this Court's April 28, 2026, Hearing. The Plaintiff also intends to order that transcript by filing this District Court's designated form for this purpose, CAND 435.

1

28 U.S.C. § 753(f) ("Section 753(f)") provides that "[f]ees for transcripts furnished in other proceedings to persons permitted to appeal *in forma pauperis* shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)."

"Section 753(f) is designed to prevent taxpayer dollars from being wasted on transcripts for use in baseless appeals." *Randle v. Franklin*, No. CV-08-00845-JAT, 2012 WL 201757, at * 2 (E.D. Cal. Jan. 23, 2012). "A substantial question exists where the issue before the court of appeals is reasonably debatable." *Tuggles v. City of Antioch*, C08-01914JCS, 2010 WL 3955784, at *1 (N.D. Cal. Oct.8, 2010) (internal citations and quotations omitted). "Doubts about substantiality of the questions on appeal and the need for a transcript to explore them should [generally] be resolved in favor of the petitioner." *Cheteni v. Vella*, No. 23-cv-06286-SI, 2026 WL 1243765, at *2 (N.D. Cal. May 6, 2026), quoting *Lee v. Habib*, 424 F.2d 891, 905 (D.C. Cir. 1970). *See also McKinney v. Anderson,* 924 F.2d 1500, 1511-12 (9th Cir. 1991) (production of transcript at government expense for in forma pauperis appellant in civil case proper if trial judge certifies "that the appeal is not frivolous and presents a substantial question").

Accordingly, the Plaintiff moves this Court to grant her leave to order the designated transcript, *see* ECF No. 168, at the expense of the United States.

Respectfully submitted,

DATED: May 14, 2026.

/s/ Jane Doe
_____

JANE DOE

In Propria Persona

ADMINISTRATIVE MOTION FOR LEAVE TO ORDER A HEARING TRANSCRIPT AT THE GOVERNMENT'S EXPENSE
PURSUANT TO 28 U.S.C. § 753(f)
Case no. 5:25-cv-03490-PCP