JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JASON A. SMITH, *et al.*,<br><br>Defendants. | Case No.: 5:25-cv-03490-PCP<br><br>**NOTICE OF *ERRATA* TO ECF NO. 180**<br><br>Before the Honorable P. Casey Pitts |

The Plaintiff respectfully requests this Honorable Court and the defendants to take notice of the following *errata*.

On page 5, the sentence, "FERPA does not necessitate nor mandate that the illegally released information be sealed by U.S. district courts[,]" (emphasis omitted) should stay as is but should be followed by the following sentence forthwith.

As the First Circuit explained, "Of course, FERPA […] **govern[s] the conduct of schools — not judicial decisions** concerning the extent of public access to information on the court's docket." *Doe v. Mass. Inst. of Tech.*, 46 F.4th 61, 76 (1st Cir. 2022) (*MIT*) (emphasis added). "The relevant

1

question for purposes of the pseudonymity motion is how the court, not MIT, should handle the otherwise-protected information on its docket." *Id.*, at p. 75, n.5, citing, in part, *MetLife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 673-74, 431 U.S. App. D.C. 314 (D.C. Cir. 2017) (explaining, with respect to other statutes and regulations, that agency violated applicable confidentiality provisions by "unilaterally filing the information on the public record").

Respectfully submitted,

DATED: May 19, 2026.

/s/ Jane Doe
_____

JANE DOE
In Propria Persona

NOTICE OF ERRATA TO ECF NO. 180
5:25-cv-03490-PCP