UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

         Plaintiff,

   v.

JASON A. SMITH, et al.,

         Defendants.

Case No.  25-cv-03490-PCP

**ORDER RE: SEALING**

Dkt. Nos. 173, 178, 179, 180, 181

Given the high volume of pending sealing requests in this action, and the parties' apparent confusion concerning the Court's prior instructions regarding their sealing requests, the Court orders as follows.

By no later than June 1, 2026, Doe shall file a single motion consolidating all of her requests to seal *any* material that has been filed in this action since April 4, 2026. The motion shall not exceed 10 pages in length. The motion shall address Doe's requests related both to her own filings and to defendants' filings. As to Doe's own filings, she may not request to seal documents that she did not originally file under provisional seal. As to defendants' filings, Doe may request to seal:

    (1) any document for which defendants filed a motion to consider whether another party's material should be sealed pursuant to Civil Local Rule 79-5(f);

    (2) defendants' administrative motion at docket no. 107 and the exhibits thereto; and

    (3) defendants' opposition to Doe's Rule 60(b) motion at docket no. 109 and the exhibits thereto.

Doe may request redactions to defendants' filings that are broader in scope than the redactions proposed by defendants.

Doe's consolidated motion shall include, as an exhibit, a table organizing all of her sealing requests by document. The table shall not exceed 25 pages in length. Each document should be listed in its own row, with the following information in columns:

- Name and exhibit number of the document
- Description of the material proposed to be sealed in the document
- Legal standard that applies (i.e., good cause or compelling reasons)
- A brief summary of the rationale for sealing
- A citation to the original sealing motion, if any

The Court shall construe the omission of any document from the table as an expression of consent to unseal the document in its entirety.

Doe shall also attach, as individual exhibits to her consolidated motion, a copy of each document that contains material proposed to be sealed, whether the document was originally filed by Doe or by another party. Failure to attach a document to the consolidated motion shall be construed as consent to unseal the document. To the extent that Doe seeks to seal only a portion of a document, she must highlight the portions she seeks to redact.

Doe's consolidated motion shall identify all pending sealing motions—including her own motions to seal and defendants' motions to consider whether another party's material should be sealed—that will be rendered moot by the filing of her consolidated motion. Doe's consolidated motion shall also identify any documents that she or defendants filed provisionally under seal for which she no longer requests sealing.

Doe is advised that motions for temporary or preliminary injunctive relief or for leave to amend a pleading are generally subject to the "compelling reasons" standard, as they are more than tangentially related to the merits. *See E. W. Bank v. Shanker*, No. 20-CV-07364-WHO, 2021 WL 1893062, at *5 (N.D. Cal. May 11, 2021); *Newmark Realty Cap., Inc. v. BGC Partners, Inc.*, No. 16-CV-01702-BLF, 2017 WL 8294173, at *2 (N.D. Cal. Aug. 7, 2017). And in the Court's judgment, whether or not the Court reached or granted a motion does not alter the applicable standard for sealing a motion, the briefing thereon, or the exhibits thereto.

Because defendants have filed only one motion containing affirmative sealing requests, *see*

United States District Court
Northern District of California

Dkt. No. 107, they need not file a consolidated sealing motion. Defendants may respond to Doe's consolidated sealing motion by no later than June 8, 2026. Any response shall not exceed 10 pages.

Doe's request for leave to file a belated opposition to defendant's affirmative sealing requests at Dkt. No. 107 is DENIED. Doe's untimely opposition, Dkt. No. 180, is therefore STRICKEN. This order otherwise moots Doe's previous consolidated sealing motions and the summary tables filed in support thereof, Dkt. Nos. 173, 179, and 181, as well as Doe's recent administrative motion regarding sealing matters, Dkt. No. 178.

**IT IS SO ORDERED.**

Dated: May 19, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California

3