JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

JANE DOE, an individual,

                Plaintiff,

    v.

JASON A. SMITH, *et al.*,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:25-cv-03490-PCP

***EX PARTE* APPLICATION FOR LEAVE TO FILE A 4-PAGE REPLY BRIEF ON THE ADMINISTRATIVE MOTION FOR THIS COURT TO CONSIDER *SUA SPONTE* ISSUING AN ORDER TO SHOW CAUSE RE, SANCTIONS**

Judge:  The Honorable P. Casey Pitts
Dept:     8

RE: Dkt. No.s. 190, 194

Plaintiff hereby applies to this Court, *ex parte,* to be granted leave to file a modest 4-page reply brief on her Administrative Motion for this Court to Consider *Sua Sponte* Issuing an Order to Show Cause as to why Counsel for Stanford Defendants Shall not Be Sanctioned.

**Plaintiff Has Satisfied the Two-Prong *Mission* Test for an *Ex Parte* Application**

An *ex parte* application in this district court is not authorized until and unless "a statute, Federal Rule, local rule, or Standing Order authorizes ex parte filing[.]" Civil L.R. 7-10. "Ex parte motions are rarely justified . . . ." Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp.

EX PARTE APPLICATION FOR LEAVE TO FILE A 4-PAGE REPLY BRIEF ON THE ADMINISTRATIVE MOTION FOR THIS COURT TO CONSIDER SUA SPONTE ISSUING AN ORDER TO SHOW CAUSE RE, SANCTIONS

Case no. 5:25-cv-03490-PCP

488, 490 (C.D. Cal. 1995) (*Mission*). To justify *ex parte* relief, the moving party must, at a minimum, show: (1) its "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures"; and (2) "the moving party is without fault increating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect." *Id*. at 492

An *ex parte* application is in order because opposing counsel once again breached her duty of candor and misrepresented the factual and legal matters to this Court. As such, (1) the Plaintiff is at no fault in creating the crisis that requires *ex parte* relief and (2) the cause herein—the administrative motion—will be irreparably prejudiced if this Court relies on Opposing Cojnsel's misleading account of legal and factual matters.

**A Reply Brief is Necessary because Opposing Counsel Once Again Breached Her Duty of Candor to this Court**

"Civil Local Rule 7-11 does not authorize replies for administrative motions." *Celgard, LLC v. Targray Tech. Int'l Inc.*, No. 19-CV-02401-VKD, 2019 WL 3841997, at *2 n.4 (N.D. Cal. Aug. 15, 2019). Instead, the rule contemplates that administrative motions will be deemed submitted after the opposition is due. *See* Civ. L.R. 7-11(c). So courts in this district generally "do[] not consider [a] reply brief" filed in support of an administrative motion. *Celgard*, 2019 WL 3841997, at *2 n.4; *see also Doe 1 v. Nat'l Collegiate Athletic Ass'n*, No. 22-CV-01559-LB, 2022 WL 3974098, at *4 (N.D. Cal. Aug. 30, 2022); *Erickson Prods. Inc. v. Kast*, No. 13-CV-05472- DMR, 2019 WL 8107869, at *1 (N.D. Cal. July 18, 2019). This Court, however, retains the discretion to grant leave for a reply brief to be lodged, *see* Tucker v. AstraZeneca Pharms., L.P., No. 06-cv-0544, 2006 WL 2092069, at *1 (N.D. Cal. July 26, 2006), and it is appropriate herein for the Court to weigh in its discretion,

EX PARTE APPLICATION FOR LEAVE TO FILE A 4-PAGE REPLY BRIEF ON THE ADMINISTRATIVE MOTION FOR THIS COURT TO CONSIDER SUA SPONTE ISSUING AN ORDER TO SHOW CAUSE RE, SANCTIONS

Case no. 5:25-cv-03490-PCP

given that the Opposing Counsel has once mischaracterized the actual relief the Plaintiff is seeking and thereby breached her duty of candor to this Court.

Provided that the Court grants the Plaintiff leave, the proposed reply is appended to this *ex parte* application as Appendix A.

Respectfully submitted,

DATED: June 9, 2026.

/s/ Jane Doe
_____
JANE DOE

*In Propria Persona*

EX PARTE APPLICATION FOR LEAVE TO FILE A 4-PAGE REPLY BRIEF ON THE ADMINISTRATIVE MOTION FOR THIS COURT TO CONSIDER SUA SPONTE ISSUING AN ORDER TO SHOW CAUSE RE, SANCTIONS

Case no. 5:25-cv-03490-PCP