JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>JASON A. SMITH, *et al.*,<br><br>                    Defendants. | Case No.: 5:25-cv-03490-PCP<br><br>**NOTICE OF WITHDRAWAL OF MOTION AS PER CIVIL L.R. 7-7(e)**<br><br>Before the Honorable P. Casey Pitts<br><br>ECF No. 221. |

Plaintiff hereby provides notice that she is withdrawing the motion at ECF No. 221 as per Civil L.R. 7-7(e). Upon reflection, the Plaintiff realized that she should be better than that administrative motion. Indeed, filing such a motion defeats what the Plaintiff has been trying to teach opposing counsel: The Judiciary is not a place to pick and choose palatable subjects (determined according to the subjective mandates of a tyrannical majority) and confer upon them—and only them—the rights and liberties the laws of this Nation bestows upon *anyone* within its sovereignty. So, the counsel is welcome to hold onto her *Mein Kampf*-esque views (*see, e.g.,* pages 120-133 in Reynal and Hitchcock translation for the exact same rhetoric and 'arguments'), delivered

NOTICE OF WITHDRAWAL OF MOTION AS PER CIVIL L.R. 7-7(e)
5:25-cv-03490-PCP

with the same Hitlerian rhetoric and fervor and passion and conviction—because the Judiciary of this Nation is not in the business of regulating the mouths and minds of the people it is ought to serve, counsel's nauseating views cannot be enjoined by this Court.

So submitted,

DATED: July 29, 2026.

/s/ Jane Doe

JANE DOE
*In Propria Persona*

NOTICE OF WITHDRAWAL OF MOTION AS PER CIVIL L.R. 7-7(e)
5:25-cv-03490-PCP