JANE DOE
c/o Secretary of State, Safe at Home
P.O. Box 1198
Sacramento, CA 95812

Plaintiff, In Propria Persona

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSÉ DIVISION**

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>*v.*<br><br>JASON A. SMITH, *et al.*,<br><br>Defendants. | Case No.: 5:25-cv-03490-PCP<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE A PRAECIPE REQUESTING THE PROTHONOTARY TO ISSUE SUBPOENAS AD TESTIFICANDUM**<br><br>Before the Honorable P. Casey Pitts<br><br>(Filed Concurrently with [Proposed] Order] |

Plaintiff Jane Doe hereby moves this Court for leave to file a praecipe addressed to the prothonotary of this Court, requesting that it issues a subpoena *ad testificandum* to non-party Richard Harding Shaw, Jr., in connection with the Plaintiff's forthcoming motion for sanctions.

As colloquialized with this Court earlier, *see* Dkt. No. 69, the Plaintiff requires court action to be able to have subpoenas issued as she is proceeding *in propria persona* and is not a member of this Court's Bar.

Plaintiff's forthcoming motion for sanctions requests that the Court orders that counsel for self-proclaimed "Stanford Defendants" to be sanctioned for filing a perjurious declaration in support of their Opposition to the Plaintiff's Motion to Set Aside Dismissal. As this Court would recall, a declaration signed under the penalty of perjury by non-party Richard Harding Shaw, Jr. was more likely than not… perjurious. It is a truism by now that a court has the power to conduct an independent investigation to determine whether it has been the victim of a fraud. *Chambers v. Nasco*, 501 U.S. 32, 43, 115 L. Ed. 2d 27, 111 S. Ct. 2123 (1991). The power stems from the court's inherent "power to police itself", thus vindicating judicial authority and **protecting an institution created to safeguard the interests of the public**. *Id*. Because Mr. Shaw's testimony is needed to establish that the declaration is, indeed, perjurious, Plaintiff seeks leave to be able to request the Clerk to issue a subpoena *ad testificandum* at the hearing date[1] that will be set when the Plaintiff files her forthcoming motion for sanctions.

This Court previously denied the Plaintiff's request for the issuance of a subpoena *ad testificandum* to Mr. Shaw, reasoning that Doe "provide[d] no specific evidence to support th[e] assertion" that "any written declaration from Mr. Shaw will be fraudulent." *See* Dkt. No. 88 at 4.

[1] Plaintiff, by the nature of this request, also concurrently seeks leave from Civil L.R. 7-6.

Doe having carried that burden herein, the Plaintiff assumes that the Court will now grant Doe leave herein requested.

Provided that the Court grants leave herein, Doe shall file the praecipe when filing and noticing her motion for sanctions and will concurrently move this Court to screen the signed-by-the-clerk subpoena (when the Clerk acts on the praecipe) and order service of it thereto by the U.S. Marshal's Service under 28 U.S.C. § 1915. Plaintiff assumes that any arguments defendants may have for quashal will take place if they move the Court via a noticed motion after Mr. Shaw receives service of the (if-issued) subpoena.

"John Adams warned, 'Facts are stubborn things; and whatever may be our wishes, our inclinations, or the dictates of our passions, they cannot alter the state of facts and evidence.'" *Trump v. IRS*, No. 26-20609-CV-WILLIAMS, __ F.Supp.3d __, 2026 WL 2015525 , at *63 (S.D. Fla. July 13, 2026) (quoting John Adams, "Argument in Defense of the Soldiers in the Boston Massacre Trials" [Dec. 1770]). Or put more aptly by another great mind: "Tricks and treachery are the practice of fools that have not wit enough to be honest." BENJAMIN FRANKLIN, POOR RICHARD'S ALMANACK (1980 Peter Pauper Press Ed). Because this Court is not, and was never, defendants' "barroom" *Olympus Spa v. Armstrong*, 169 F.4th 817, 844-45 (9th Cir. 2025) (McKeown, J., statement respecting the denial of petition for rehearing en banc), and because the solemnity of the seal before which this Court sits and before which it will presume read this pleading demands and commands fraud to not be rewarded under the solemnity of jurisdiction it has provided to this Court on the sovereignty of the people of this Nation, the Plaintiff prays that the Court grants the relief herein, putting an end to Mr. Shaw's offensive belief that he could trick this Court.

Respectfully submitted,

DATED: August 31, 2026.

*/s/ Jane Doe*

JANE DOE
*In Propria Persona*